PER CURIAM.
This matter is before the Court for consideration of proposed amendments to the Florida Rules of Juvenile Procedure. We have jurisdiction. See art. V, § 2(a), Fla. Const.
BACKGROUND
The Juvenile Court ■ Rules Committee (Committee) filed an out-of-cycle report proposing amendments to Rule of Juvenile Procedure 8.150 (Contempt). The Committee states that the proposed amendments conform the rule to changes to section 985.037, Florida Statutes, which addresses punishment for contempt of court in delinquency proceedings, made by chapter 2014-162, Laws of Florida. The proposed amendments also make additional substantive changes to the rule beyond the scope of the statutory changes. The Committee and The Florida Bar Board of Governors unanimously approved the proposals. Both the Committee and the Court published the proposals for comment. No comments were received by the Committee or filed with the Court. Upon consideration, we adopt the amendments as proposed by the Committee and as described below.
AMENDMENTS
Florida Rule of Juvenile Procedure 8.150 governs contempt in juvenile delin *1117 quency proceedings. New subdivision (a) (Contempt of Court): (1) provides that the court may punish a child for contempt “for interfering with the court or court administration, or for violating any order of the court”; (2) clarifies that a child under the jurisdiction of the juvenile court may be subject to contempt “even upon reaching the age of majority”; and (3) provides that a child who has been sentenced to secure detention for contempt may have the placement reviewed by motion of any party to the proceedings. Renumbered subdivision (b) (Direct Contempt), previously subdivision (a), is amended to state that a child is entitled to a hearing and appointment of counsel when accused of direct contempt. New subdivision (c)(1) (Indirect Contempt; Legal Counsel) is added. This new subdivision states that a child is entitled to counsel in an indirect contempt hearing and that any waiver of counsel must comply with rule 8.165 (Providing Counsel to Parties). The provisions of current subdivision (c)(5) (Disqualification of the Judge), which addresses disqualification of the judge when the-indirect contempt involves disrespect to or criticism of the judge, are relocated into renumbered subdivision (c)(2) (Order to Show Cause). This subdivision is also amended to require disqualification only when the child files a motion to disqualify, rather than automatically. Renumbered subdivision (c)(3) (Motions; Answer) is amended to clarify the list of options available to a child when answering an indirect contempt charge, and also to delete the requirement for written answers. Renumbered subdivision (c)(4) is retitled as “Detention Before the Hearing” and amended to limit the detention of a child before the contempt hearing to situations in which the court provides a written demonstrated belief that the child will fail to appear. Renumbered subdivision (c)(5) is retitled “Hearing” and lists the child’s due process rights in an indirect contempt hearing. ’Subdivision (c)(7) (Sentence) is amended to require the court to consider all available and appropriate sentences, including. alternative sanctions as referenced in the statute. Grammatical and stylistic amendments are also made to several of the subdivisions of the .rule.
CONCLUSION
Accordingly, we amend Florida Rule of Juvenile Procedure 8.150 as reflected in the appendix to this opinion. New language is indicated by underscoring; deletions are indicated by struck-through type. The amendments shall become effective immediately upon the release of this opinion.
It is so ordered.
LABARGA, O J., and PARIENTE, LEWIS, QUINCE, POLSTON, and PERRY, JJ., concur.
CANADY, J., concurs in part and dissents in part with an opinion.